```
               IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE WESTERN DISTRICT OF OKLAHOMA


IN RE:                                   CHAPTER 13

TROY LYNN & DONNA ANN GOLEMAN            CASE NO. 08-10816 NLJ

         Debtor(s).
```

DISMISSED AFTER CONFIRMATION
_____
                 NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

   THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN

ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES.  THE

FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT

(90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE

COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C.SECTION 347(a)

AND 3011.

| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT |
|---|---|---|---|---|
| 11/01/2009 | 914628 | PATRICK THOMPSON | RT 1 BOX 410<br>PERKINS, OK  74059 | $      .01 |

DATED: 05/12/2010

```
                            /s/ John Hardeman
                            _____
                            CHAPTER 13 TRUSTEE
                            P.O. BOX 1948
                            OKLAHOMA CITY, OK 73101
                            (405)236-4843

                                            #334/LB
```